1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHARLES CHATMAN,

11           Plaintiff,                    No. CIV S-03-2415 DFL KJM P

12       vs.

13  T. FELKER, et al.,

14           Defendants.                   ORDER

15  _____/

16          Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On March 31, 2005, the court directed plaintiff to pay the filing fee or to file an amended complaint that conformed to the limited issues plaintiff can raise in light of the finding that he has suffered three strikes under the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

         On April 18, 2005, plaintiff filed a request for reconsideration and for a stay of the proceedings. He notes that his challenge to the three strikes finding in <u>Chatman v. Early</u>, Civ. No. 03-2820 (N.D. Cal.), currently is before the Ninth Circuit and suggests that this court stay the instant proceeding until the appeal is resolved.

         Good cause appearing, IT IS HEREBY ORDERED:

         1. The findings and recommendations filed March 31, 2005 are hereby vacated;

         2. Further proceedings are stayed until the Ninth Circuit rules in <u>Chatman v.</u>

1

1 | Early, 04-17442.

2 |     3. Plaintiff is directed to file a status report within sixty days of the date of this
3 | order, informing the court of the status of Chatman v. Early, 04-17442.

4 |     4. Plaintiff is directed to file further status reports at sixty day intervals until his
5 | appeal is decided.

6 |     5. Within thirty days of the decision in Chatman v. Early, 04-17442, plaintiff
7 | shall notify this court and file a motion to lift the stay.

8 |     6. Failure to comply with any of the above requirements may result in a
9 | recommendation that this action be dismissed.

10 | DATED: April 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

24 | chat2515.vac