IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                      No. CIV S-03-2415 DFL KJM P

    vs.

T. FELKER, et al.,

    Defendants.

_____/    ORDER

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee in effect at the time of filing of this action, $150.00. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $ 5.00 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.

1  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time
2  the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).
4        On April 22, 2005, this court stayed this action pending resolution of <u>Chatman v.
5  Early</u>, 04-17442 (N.D. Cal.), which addressed the issue whether plaintiff has "struck out" within
6  the meaning of the Prison Litigation Reform Act.  The Court of Appeal has remanded that case to
7  the Northern District for reconsideration of plaintiff's alleged strikes.  Because this court has no
8  additional information on plaintiff's litigation history, it will lift the stay and proceed with this
9  action.
10       The complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28
11 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable
12 opportunity to prevail on the merits of this action.
13       In accordance with the above, IT IS HEREBY ORDERED that:
14       1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
15       2.  Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action.
16 Plaintiff is assessed an initial partial filing fee of $5.00.  All fees shall be collected and paid in
17 accordance with this court's order to the Director of the California Department of Corrections
18 filed concurrently herewith.
19       3.  Service is appropriate for the following defendants: Turner, Weaver and
20 Goforth, insofar as the complaint alleges they ignored plaintiff's medical chronos and used or
21 condoned excessive force; Dharlinque, insofar as the complaint alleges actions taken in
22 retaliation for plaintiff's use of the grievance process; Roberts, insofar as the complaint alleges
23 he ordered plaintiff be deprived of basis necessities and acted in retaliation for plaintiff's
24 grievances and ignored plaintiff's medical chronos; Peddicard, Wright, and Amero insofar as the
25 complaint alleges they ignored plaintiff's medical chronos; Beckman, insofar as the complaint
26 alleged he acted in retaliation for plaintiff's use of the grievance process; Panerio, insofar as the

complaint alleges he acted in retaliation and confiscated plaintiff's medications and medical equipment; Zills, insofar as the complaint alleges he acted in retaliation for plaintiff's use of the grievance process; Rohlfing, insofar as the complaint alleges he failed to treat plaintiff's pain and cancelled plaintiff's medical chronos; Runnels, insofar as the complaint alleges he ignored plaintiff's complaints of constitutional violations; and Brown.

    4. The Clerk of the Court shall send plaintiff fourteen USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed December 27, 2004.

    5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Fifteen copies of the endorsed complaint filed December 27, 2004.

    6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs.

    7. The stay entered April 22, 2005 is hereby lifted.

DATED: October 26, 2005.

                     /s/ Mueller
                     UNITED STATES MAGISTRATE JUDGE

2
chat2415.1

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHARLES CHATMAN,
11           Plaintiff,                    No. CIV S-03-2415 DFL KJM P
12       vs.
13   T. FELKER, et al.,                    NOTICE OF SUBMISSION
14           Defendants.                   OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18           _____      completed summons form
19           _____      completed USM-285 forms
20           _____      copies of the _____
                                     Complaint/Amended Complaint
21   DATED:
22
23
                                              _____
24                                            Plaintiff
25
26