IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

      Plaintiff,                    No. CIV S-03-2415 DFL KJM P

    vs.

T. FELKER, et al.,

      Defendants.            ORDER

_____/

        Plaintiff has requested an extension of time to submit the documents necessary for service of the defendants. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 7, 2005 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary for service of the defendants.

DATED: December 28, 2005.

                                                       UNITED STATES MAGISTRATE JUDGE

/bb
chat2415.36