IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

       Plaintiff,                          No. CIV S-03-2415 DFL KJM P

   vs.

T. FELKER, et al.,

       Defendants.                    ORDER

_____/

       Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On June 9, 2006, defendants filed a motion for a stay of the action; on June 28, 2006, defendants effectively withdrew the motion in light of the decision announced in Woodford v. Ngo, __ U.S. __, 2006 WL 1698937 (U.S. June 22, 2006).

       IT IS HEREBY ORDERED:

       1. Defendants' motion for a stay of action filed June 9, 2006 is deemed withdrawn.

       2. Defendants' response to the complaint shall be due within thirty days of the date of this order.

DATED: July 6, 2006.

                                                 UNITED STATES MAGISTRATE JUDGE

2/chat2415.st

1