MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendant,
JEFFREY W. ROHLFING, M.D.

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | CASE NO. CIV.S-03-2415 DFL KJM P |
| Plaintiff, | **SUBSTITUTION OF COUNSEL; ORDER** |
| vs. | |
| D.L. RUNNELS, et al., | |
| Defendants. | |

BY OUR SIGNATURES BELOW, it is hereby mutually agreed that JESSE M. RIVERA, of the LAW OFFICES OF MORENO & RIVERA, is substituted in on Case Number CIV.S-03-2415 DFL KJM P, and JEFFREY STEELE, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant JEFFREY W. ROHLFING, M.D.

DATED: September 1, 2006             /s/ Jeffrey W. Rohlfing M.D.
                                      JEFFREY W. ROHLFING, M.D.

I hereby agree to said substitution.    MORENO & RIVERA

DATED: September 1, 2006              /s/ Jesse M. Rivera
                                       JESSE M. RIVERA

I hereby consent to said substitution.  DEPUTY ATTORNEY GENERAL

DATED: September 1, 2006              /s/ Jeffrey Steele
                                       JEFFREY STEELE

/ / /

1  IT IS SO ORDERED: September 18, 2006.

2
3  _____
  UNITED STATES MAGISTRATE JUDGE
4