IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,   No. CIV S-03-2415 DFL KJM P

    vs.

T. FELKER, et al.,

    Defendants.   ORDER

_____/

    In light of the substitution of attorneys for defendant Rohlfing, his August 4, 2006 request for an extension of time is granted and he is given thirty days from the date of this order in which to file an answer to the complaint.

    IT IS SO ORDERED.

DATED: September 21, 2006.

                                         UNITED STATES MAGISTRATE JUDGE

2
chat2415.eot