1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHARLES CHATMAN,

11          Plaintiff,                    No. CIV S-03-2415 RRB KJM P

12      vs.

13  T. FELKER, et al.,

14          Defendants.                   ORDER

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking

17  relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

18  to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On August 7, 2007, the magistrate judge filed findings and recommendations herein

20  which were served on all parties and which contained notice to all parties that any objections to the

21  findings and recommendations were to be filed within twenty days.  Neither party has filed

22  objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25  ORDERED that:

26  /////

1

1      1.  The findings and recommendations filed August 7, 2007, are adopted in full;

2      2.  Defendant Rohlfing's motion to dismiss is granted; and

3      3.  This actions is dismissed with prejudice as to defendant Rohlfing.

4      ENTERED this 28th day of September, 2007.

5                                          S/RALPH R. BEISTLINE
                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26