IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

     Plaintiff,                   No. CIV S-03-2415 RRB KJM P

    vs.

T. FELKER, et al.,

     Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a request to obtain library access. In his motion, plaintiff alleges he has been denied law library access, without which he cannot obtain paper, envelopes and copies necessary for him to pursue discovery in this matter. He also asks for a modification of the dates in the scheduling order and has filed a motion for injunctive relief.

I. <u>Motion For A Temporary Restraining Order And Preliminary Injunction</u>

        On July 10, 2007, plaintiff filed a motion for a temporary restraining order, alleging that defendant Pontarolo confiscated plaintiff's court transcripts, police reports and appellate briefs from his criminal case and has refused to return them. As a result, plaintiff has been unable to pursue a federal habeas petition challenging his state sentence of ninety-years-to-life. Defendant Pontarolo has not responded to plaintiff's motion. If defendant wishes to take

1

any position with respect to plaintiff's request, he may do so within three weeks from the date of this order.

II. Request For Order Directing Law Library Access

Plaintiff has thus far been able to file materials in this case despite the claimed restriction on the law library. He has not made a showing that will justify the court's action.

III. Request To Modify The Scheduling Order

The defendants have filed their statements of non-opposition to the request to modify the scheduling order.

IT IS HEREBY ORDERED that:

1. Defendant Pontarolo's response, if any, to plaintiff's request for injunctive relief is due within three weeks from the date of this order; plaintiff's reply, if any, is due ten days after defendant's response;

2. Plaintiff's August 9, 2007 request for an order directing law library access is denied; and

3. The scheduling order filed June 26, 2007 is modified in the following respects:

a. Discovery will close on December 31, 2007; all requests for discovery under Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served no later than sixty days prior to that date;

b. Dispositive motions are due no later than February 25, 2008;

c. The dates for filing pretrial statements, pretrial conference and trial are hereby vacated, to be reset if necessary following resolution of pretrial motions. Should the parties not file dispositive motions in accordance with this schedule, they are directed to file a request for trial setting.

DATED: October 2, 2007.

_____
U.S. MAGISTRATE JUDGE

2/bb/chat2415.dny lib