IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,** | CASE NO. 2:03-cv-2415-RRB-KJM P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS' TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **T. FELKER, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to serve their responses to Plaintiff's discovery requests was considered by this Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that defendants have until October 22, 2007 to serve their responses to Plaintiff's interrogatories and requests for production of documents.

DATED: October 4, 2007.

_____
U.S. MAGISTRATE JUDGE

Order Granting Extension of Time for Defendants' to Respond to Plaintiff's Discovery Requests

1