IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,** | CASE NO. 2:03-cv-2415-RRB-KJM P |
| Plaintiff, | **ORDER GRANTING SECOND EXTENSION OF TIME FOR DEFENDANTS' TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **T. FELKER, et al. ,** | |
| Defendants. | |

Defendants' second request for an extension of time to serve their responses to Plaintiff's discovery requests was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that defendants have until November 21, 2007 to serve their responses to Plaintiff's interrogatories and requests for production of documents.

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE