IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,**<br><br>              Plaintiff,<br><br>      v.<br><br>**T. FELKER, et al. ,**<br><br>              Defendants. | 2:03-cv-2415-RRB-KJM P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO TAKE PLAINTIFF'S DEPOSITION** |

Defendants' request for an extension of time to take Plaintiff's deposition was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that defendants have until January 31, 2008, to take Plaintiff's deposition.

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE