IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,** | CASE NO. 2:03-cv-2415-DFL-KJM P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO TAKE PLAINTIFF'S DEPOSITION** |
| v. | |
| **T. FELKER, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to take Plaintiff's deposition was considered by this Court and good cause appearing,

IT IS HEREBY ORDERED:

1. Defendants' request for an extension of time (doc. no. 94) is granted and defendants have until March 14, 2008, to take Plaintiff's deposition;

2. The deadline set for filing dispositive motions (doc. 78) is modified; dispositive motions are due on or before May 1, 2008.

DATED: February 15, 2008.

_____
U.S. MAGISTRATE JUDGE

1