IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Plaintiff,                    No. CIV S-03-2415 RRB KJM P

    vs.

T. FELKER, et al.,

        Defendants.            <u>ORDER</u>

/

        Good cause appearing, IT IS HEREBY ORDERED that the remaining dates in the scheduling order (docket no. 66)—those for filing pretrial statements, for pretrial conference, and for trial–be vacated to be reset if necessary after the resolution of dispositive motions, which are due on or before May 1, 2008.

DATED: April 3, 2008.

                                                   U.S. MAGISTRATE JUDGE

2
chat2415.vsch

1