IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES A. CHATMAN,

     Plaintiff,                   No. CIV S-03-2415 RRB KJM P

    vs.

T. FELKER, et al.,

     Defendants.         <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed as to defendants Brown and Dharlingue.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of these two defendants from this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: April 11, 2008.

                                                                  U.S. MAGISTRATE JUDGE

2
chat2415.59a

1