IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES A. CHATMAN,

    Plaintiff,

vs.

T. FELKER, et al.,

    Defendants.

                               /

No. CIV S-03-2415 RRB KJM P

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY

    Defendants' request for an extension of time to respond to Plaintiff's motion to compel further discovery responses was considered by this Court, and good cause appearing,

    IT IS HEREBY ORDERED that defendants have until April 24, 2008 to file their brief in opposition to Plaintiff's motion (this disposes of docket no. 105).

DATED: April 14, 2008.

_____
U.S. MAGISTRATE JUDGE

1