| | |
|---|---|
| CHARLES CHATMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>T. FELKER, et al.,<br><br>    Defendants. | 2:03-cv-2415-JAM-KJM P<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY** |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Defendants' request for an extension of time to respond to Plaintiff's motion to compel further discovery responses was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until May 24, 2008, to file their brief in opposition to Plaintiff's motion (this disposes of docket no. 110).

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE