IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,** | CASE NO. 2:03-cv-2415-JAM-KJM P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** |
| **v.** | |
| **T. FELKER, et al. ,** | |
| Defendants. | |

Defendants' request for an extension of time to file and serve their response to Plaintiff's motion to compel (docket no. 114) was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that defendants have until June 10, 2008 to file and serve their response.

DATED:  May 30, 2008.

_____
U.S. MAGISTRATE JUDGE