IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES A. CHATMAN,

      Plaintiff,                           No. CIV S-03-2415 JAM KJM P

   vs.

T. FELKER, et al.,

      Defendants.                <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve a reply to defendants' opposition to plaintiff's March 5, 2008 motion for order to compel discovery. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request for an extension of time (docket no. 119) is granted; and

       2. Plaintiff is granted twenty-one days from the date of this order in which to file and serve a reply to defendants' opposition to the March 5, 2008 motion for order to compel discovery.

DATED: July 8, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
chat2415.36