IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES A. CHATMAN,

    Plaintiff,                    No. CIV S-03-2415 JAM KJM P

    vs.

T. FELKER, et al.,

    Defendants.            ORDER

_____/

    Plaintiff has filed his second request for an extension of time to file and serve a reply to defendants' opposition to plaintiff's March 5, 2008 motion for order to compel discovery. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time (docket no. 121) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve a reply to defendants' opposition to plaintiff's March 5, 2008 motion for order to compel discovery. No further extensions of time will be granted.

DATED: July 18, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp; chat2415.36sec