IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JAMES CHATMAN

     Plaintiff,                    No. CIV S-03-2415 JAM CKD P

     vs.

T. FELKER, et al.

     Defendants.              <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action under 42 U.S.C. § 1983. On March 28, 2011, the court denied the motion to dismiss defendants Zillis, Pontarolo, Turner, Weaver and Goforth. Since then the remaining defendants have filed a pre-trial statement. Plaintiff filed his pre-trial statement on March 7, 2011. Therefore this case will be set for trial.

     Accordingly, IT IS HEREBY ORDERED that trial of this case is set to commence on May 7, 2012, at 9:00 a.m. in Courtroom 6 of the Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California. A pretrial order will issue shortly.

Dated: December 28, 2011

                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

3 - chat2415.ord