IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JAMES CHATMAN

       Plaintiff,                      No. CIV S-03-2415 JAM CKD P

      vs.

T. FELKER, et al.

       Defendant.              <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action under 42 U.S.C. § 1983.  He has moved the court to issue writs of habeas corpus ad testificandum ordering prison officials to produce him and three other prisoners, whom he will present as witnesses, at the trial of this matter.  Trial is set to commence May 7, 2012.

      The court's custom is to issue the appropriate writs for incarcerated litigants and witnesses <u>sua</u> <u>sponte</u>.  The court will follow that custom in procuring plaintiff's attendance at trial.  As for the proposed witnesses, the court will determine whether they are necessary for trial and will make that determination known in its pre-trial order.  If the court finds that they are necessary witnesses, the court will issue writs for their attendance at trial as well.  For now, though, the plaintiff's motion must be denied as moot.

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for writs of
2  habeas corpus ad testificandum (Docket No. 154) is moot.

Dated: February 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
chat2415.ord