## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Plaintiff,                       No.  2:03-cv-2415 JAM CKD P

vs.

T. FELKER, et al.,

        Defendants.              **ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

                                 /

        On the plaintiff's request filed with this court on January 2, 2013 (Dkt. No. 196), Donnell Simmons, inmate # K-62956, confined in Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California 93960-1020, is no longer a necessary and material witness in proceedings in this case on January 28, 2013. Accordingly the court's Order and Writ of Habeas Corpus ad Testificandum issued December 14, 2012 to secure this inmate's attendance is hereby vacated.

        ACCORDINGLY, IT IS ORDERED that:

        1.  The Writ of Habeas Corpus ad Testificandum issued December 14, 2012 (Dkt. No. 192), under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above is hereby VACATED;

        2.  The Clerk of the Court is directed to serve a courtesy copy of this order vacating writ of habeas corpus ad testificandum on the Warden at Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California 93960-1020; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order vacating writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Dated: January 3, 2013

                                                    _____
                                                    CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE