UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Plaintiff,                         No. 2:03-cv-2415 JAM CKD P

  vs.

T. FELKER, et al.,

        Defendants.               **ORDER VACATING WRIT OF HABEAS**
                                                        **CORPUS AD TESTIFCANDUM**
_____/

        On the plaintiff's request filed with this court on January 2, 2013 (Dkt. No. 196), Louis Peets, inmate # T-56974, confined in High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750, is no longer a necessary and material witness in proceedings in this case on January 28, 2013. Accordingly the court's Order and Writ of Habeas Corpus ad Testificandum issued December 14, 2012 to secure this inmate's attendance is hereby vacated.

        ACCORDINGLY, IT IS ORDERED that:

        1. The Writ of Habeas Corpus ad Testificandum issued December 14, 2012 (Dkt. No. 194), under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above is hereby VACATED;

        2. The Clerk of the Court is directed to serve a courtesy copy of this order vacating writ of habeas corpus ad testificandum on the Warden at High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order vacating writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Dated: January 3, 2013

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE