**FILED**

JUN 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | Case No. 2:03-CV-02415 JAM-CKD P |
| Plaintiff, | |
| v. | **RESPONSE TO NOTE #1 FROM THE JURY** |
| T. FELKER, et al., | |
| Defendants. | |

Yes, we will.

Dated: June 14, 2013

Honorable John A. Mendez