FILED

JUN 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,                )   Case No. 2:03-CV-02415 JAM-CKD P
                                )
            Plaintiff,          )
                                )   **RESPONSE TO NOTE #3 FROM THE**
     v.                         )   **JURY**
                                )
T. FELKER, et al.,              )
                                )
            Defendants.         )
                                )
                                )
_____)

    1.   The Court will read the questions and answers to Interrogatories nos. 16 and 17 which were introduced during Mr. Chatman's direct examination of Defendant Beckman.

    2.   The Plaintiff is required to prove all five elements by a preponderance of the evidence.

Dated: June 17, 2013

_____
Honorable John A. Mendez